UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
NEW HAVEN DIVISION

-----------------------------------X
                                   :
In re:                             :    Chapter 7
                                   :
ENTRATA COMMUNICATIONS, INC.       :    Case No. 03-34157 (JAM)
                                   :
         Debtor                    :
-----------------------------------X    April 1, 2016

### REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

\_\_\_\_\_    The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

__X__    More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED:    April 1, 2016

Richard M. Coan, Trustee (ct06376)
Coan, Lewendon, Gulliver
& Miltenberger, LLC
495 Orange Street
New Haven, CT 06511
Telephone: (203) 624-4756
Facsimile: (203) 865-3673
rcoan@coanlewendon.com

# EXHIBIT A

Case Name:   Entrata Communications, Inc.

Case Number:   03-34157 (JAM)

| Name and Address | Claim No. | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| Manta Rudzevicius<br>151 Andrew Avenue<br>#107<br>Naugatuck, CT 06770 | 26P-P | $1,177.27 | N/A | $1,177.27 |
| John Walsh<br>171 Amity Road<br>Bethany, CT 06524 | 26P-S | $1,277.27 | N/A | $1,177.27 |

TOTAL AMOUNT REMITTED TO CLERK:              $         N/A   $2,354.54